IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

—————————

No. 02-40241

Summary Calendar

—————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAWRENCE QUINTON THOMAS,

Defendant-Appellant.

—————————

Appeal from the United States District Court
for the Eastern District of Texas
(01-CR-33)

—————————

August 7, 2002

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The federal public defender appointed to represent Lawrence
Quinton Thomas has moved to withdraw as Thomas's counsel and has
filed a brief as required by *Anders v. California*.[1] Thomas has not
filed a response to the motion.

Thomas knowingly and voluntarily waived his appeal rights,
except as to sentencing guideline determinations, and our

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 386 U.S. 738 (1967).

independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.